# UNITED STATES DISTRICT COURT

for the

District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Christopher Ryan FENNEN<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cr-186-02 |

REC'D USMS-D/ND
2026 OCT 28 15:5

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Christopher Ryan FENNEN ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Attempted Possession with Intent to Distribute Fentanyl

Date: 10/28/2026

/s/ Melissa Fischer
*Issuing officer's signature*

City and state: Bismarck, ND

Melissa Fischer, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/28/26 , and the person was arrested on *(date)* 11/13/26
at *(city and state)* Bismarck ND .

Date: 11/13/26

[signature]
*Arresting officer's signature*

Dusm Shafer Deavon
*Printed name and title*